UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAY A. WILSON,

        Plaintiff,                      Case No. 22-cv-11337
                                          Hon. Matthew F. Leitman

v.

RON BRONE, et al.,

        Defendants.
_____/

### ORDER TO UPDATE COURT ON STATUS
### OF UNDERLYING STATE-COURT CRIMINAL CASE

Michigan prisoner Ray A. Wilson (Plaintiff), presently incarcerated at the Washtenaw County Jail, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983.  In his complaint, Plaintiff raises claims concerning his pending state criminal proceedings (e.g., falsifying court records, conspiracy, denial of opportunity to present evidence, false evidence, and perjury).  He names public defender Ron Brone, defense counsel Samuel J. Bernstein, Washtenaw County Assistant Prosecutor Marieh Tanha, and certified electronic court reporter Rebecca Becker as defendants.  He sues defendants in their individual and official capacities and seeks injunctive-type relief.  The Court has granted Plaintiff leave to proceed without prepayment of the filing fee for this action.  *See* 28 U.S.C. § 1915(a)(1).

The viability of Plaintiff's claims may well turn, at least in part, on the status of the state-court criminal proceedings against him. Accordingly, the Court DIRECTS Plaintiff to update the Court in writing concerning the status of those proceedings. He shall inform the Court whether those proceedings have come to an end – through trial, plea, dismissal, or otherwise – and the final result of the proceedings (including a verdict and any sentence imposed on him). If the criminal case has not yet concluded, he shall inform the Court as to the remaining schedule of events/proceedings.

Plaintiff shall provide this update by not later than July 12, 2023. Failure to comply with this Order may result in dismissal of this action.

**IT IS SO ORDERED**.

        s/Matthew F. Leitman  
        MATTHEW F. LEITMAN  
        UNITED STATES DISTRICT JUDGE

Dated: June 6, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 6, 2023, by electronic means and/or ordinary mail.

        s/Holly A. Ryan  
        Case Manager  
        (313) 234-5126