UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAY WILSON,

    Plaintiff,

v.

RON BRONE, et al.,

    Defendants.

Case No. 22-cv-11337
Hon. Matthew F. Leitman

_____/

## **JUDGMENT**

In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

                                      KINIKIA ESSIX
                                      CLERK OF COURT

                         By:    s/Holly A. Ryan
                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: July 14, 2023
Detroit, Michigan